UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHONDA WOODYATT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-00021-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 10 |

Plaintiff Rhonda Woodyatt filed the present action on January 4, 2022. Dkt. No. 1. Pursuant to General Order 56 and subsequent extension of the case management deadlines, Ms. Woodyatt's last day to file a notice of need for mediation was June 3, 2022. Dkt. No. 11. Ms. Woodyatt did not file a notice of need for mediation, nor did she seek relief from the June 3 deadline.

A district court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Ms. Woodyatt is directed to file a written response to this order by **June 27, 2022** and to appear before the Court on **July 5, 2022 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why the Court should not reassign this matter to a district judge with a recommendation that the action be dismissed without prejudice for failure to prosecute.[1]

//

---

[1] At present, all parties have not consented to magistrate judge jurisdiction.

1   **IT IS SO ORDERED.**

2   Dated: June 21, 2022

4   _Virginia K. DeMarchi_
5   VIRGINIA K. DEMARCHI
    United States Magistrate Judge

United States District Court
Northern District of California